JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE LYNN KREDELL, | ) | Case No. CV 13-05166-DFM |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is reversed and this matter is remanded for further

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  May 16, 2014

**DOUGLAS F. McCORMICK**
DOUGLAS F. McCORMICK
United States Magistrate Judge