JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KREDELL, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant | CASE NO. CV 13-5166 (DFM) <br><br> ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $3,800.00, subject to the terms of the stipulation.

Dated: August 15, 2014

_____
Douglas F. McCormick
U.S. Magistrate Judge